FILED

01/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0258

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 21-0258

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

DAVID LAWRENCE PITTSLEY, JR.,

     Defendant and Appellant.

## ORDER

Upon consideration of Unopposed Motion for Extension of Time to File Opening Brief, and good cause appearing;

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time to and including March 28, 2022, within which to prepare, file, and serve Appellant's Opening Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 27 2022